UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL STOLLENWERK,<br>Plaintiff<br><br>vs<br><br>JEFFREY B. MILLER, in his official capacity as the Commissioner for the Pennsylvania State Police and in his individual capacity; MAJOR JOHN K. THIERWECHTER, in his official and individual capacities; LANCASTER COUNTY SHERIFF'S OFFICE; and TERRY A. BERGMAN, in his official and individual capacities<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. ________________<br><br><br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

I. INTRODUCTION

1. This is a civil rights action commenced under 42 U.S.C. § 1983 for violations of Plaintiff's privacy rights as protected by the federal Privacy Act of 1974 and the Fourteenth Amendment of the United States Constitution. The privacy violations relate to Pennsylvania's requirement under the state's Uniform Firearms Act ("UFA") that a person who desires to purchase a gun or obtain a License to Carry a Firearm ("LTCF") within Pennsylvania must, in violation of Federal law, reveal and disclose the individual's private social security number, which social security number is then printed on the face of the license and must be produced to federal and state law enforcement officers upon demand. Defendants violated Plaintiff's privacy rights by requiring Plaintiff to disclose his private social security number in order to obtain the rights, benefits and privileges afforded persons under the UFA. Thereafter, the Defendants in violation of Plaintiff's privacy rights made unlawful attempts to obtain Plaintiff's social security

number (that ultimately were successful) after Plaintiff specifically objected and refused to provide his social security number. This civil rights action seeks declaratory and prospective injunctive relief along with damages for the violations of Plaintiff's privacy rights

## II. JURISDICTION

2. This claim concerns the violation of federal statutory law and civil rights over which this Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343. Remedies against state and municipal defendants are provided by 42 U.S.C. § 1983.

## III. VENUE

3. Venue properly lies in this Court pursuant to 28 U S C. § 1391 because the events that form the basis for this Complaint occurred in this district.

## IV. PARTIES

4 Plaintiff, Michael Stollenwerk, is a United States citizen and legal resident of Pennsylvania Since 1981, Plaintiff has continuously served on active duty in the United States Army at various locations in the United States and overseas, and presently is stationed at Fort Belvoir, Virginia. His present mailing address is 5573 Jowett Court, Alexandria, VA 22315.

5. Defendant Colonel Jeffrey B. Miller ("Miller"), is the commissioner of the Pennsylvania State Police ("PSP") and has a mailing address of Pennsylvania State Police, 1800 Elmerton Avenue, Harrisburg, PA 17110. Miller is sued in his official capacity for declaratory and prospective injunctive relief because Miller, as commissioner of PSP, is responsible for administering certain provisions of the UFA and, in this instance, the PSP requires a person to disclose his or her social security number before it will process a LTCF application nor will it process a purchase / transfer application for a fireman without a social security number.

Furthermore, the individual's social security number is printed on the face of the LTCF and left in dealer's records and paperwork. Defendant Miller also is sued in his individual capacity.

6 Defendant Major John K Thierwechter ("Theirwechter") is the Director, Bureau of Records and Identification at the PSP and has a mailing address of Pennsylvania State Police, 1800 Elmerton Avenue, Harrisburg, PA 17110. Theirwechter is sued in his official and individual capacities for declaratory and injunctive relief and compensatory damages

7. Defendant, Lancaster County Sheriff's Office ("Sheriff's Office"), is a municipal agency of Lancaster County, with a mailing address of 50 North Duke Street, P.O Box 83480, Lancaster, PA 17608-3480. The Sheriff's Office is responsible for administering certain provisions of the UFA including conducting a required background check of an applicant's character. Based on an official custom and policy, the Sheriff's Office would not process Plaintiff's application, refused to conduct the statutorily required character investigation and summarily denied Plaintiff a LTCF <u>solely</u> because Plaintiff would not disclose his social security number. The Sheriff's Office is sued for declaratory and injunctive relief and compensatory damages.

8. Defendant, Terry A. Bergman ("Bergman"), is the Sheriff of Lancaster County with a mailing address of 50 North Duke Street, P.O Box 83480, Lancaster, PA 17608-3480. Bergman is sued in his official and individual capacities for declaratory and injunctive relief and compensatory damages

## V. FACTUAL BACKGROUND

9. On or about June 29, 2003, Plaintiff went to purchase a firearm in Lancaster County, Pennsylvania at the US Prospectors Sporting Goods store at 3941 Columbia Ave., Columbia, PA, 17512.

10 Plaintiff selected a handgun for purchase and presented multiple forms of identification pursuant to the federal Brady Act and Pennsylvania's UFA.

11. Plaintiff declined the dealer's request for Plaintiff's private social security number after Plaintiff informed the dealer that the federal gun purchase / transfer form (BATFE Form 4473) warns that disclosure of the social security number by the buyer is "OPTIONAL" (see exhibit "A.")

12. The dealer then contacted the PSP by telephone to have PSP conduct Pennsylvania's Instant Check System ("PICS"), but the PSP refused to initiate the PICS check without a social security number. Consequently, Plaintiff was not allowed to purchase a handgun.

13 Thus, Plaintiff was denied the purchase of a handgun solely because he refused to disclose his private social security number through the Dealer to the PSP, which the PSP demanded be produced before the PSP would process his request to purchase a firearm pursuant to 18 Pa. C.S. § 6111 (b) (1) of the UFA.

14. On June 30, 2003, Plaintiff telephoned the PSP and requested the right to appeal the PSP's denial of his gun purchase request. PSP employees John Snyder and Corporal Picaa informed Plaintiff that Plaintiff could not appeal the denial because no PICS check was ever conducted based on Plaintiff's refusal to disclose his social security number.

15. On or about July 7, 2003, Plaintiff submitted an application for a LTCF to the Sheriff's Office, a copy of which is attached hereto as Exhibit "B."

16. Pursuant to his federal rights under the Privacy Act, Plaintiff elected not to disclose his private social security number on the application.

17. Plaintiff did enclose other forms of identification, including a driver's license, passport, utility bills and bank statements so that Plaintiff's identification could be verified See documents attached to application at Exhibit "B " As per Eastern District Local Rules, personal information is redacted on all Exhibits.

18. No where does the LTCF application indicate whether the disclosure of an individual's social security number is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.

19. On July 11, 2003, the Sheriff's Office informed Plaintiff that his First Application was denied because Plaintiff had not disclosed his social security number The denial letter is attached hereto as Exhibit "C."

20. On November 4, 2003, Plaintiff again submitted an application for a LTCF to the Sheriff's Office. Application attached hereto as Exhibit "D".

21. Plaintiff again did not disclose his social security number but provided other forms of identification, including a driver's license, passport, voter identification card, utility bills and all the other information required for identification and residency requirements.

22. As indicated on the rejected application, on December 1, 2003, the Sheriff's Office denied Plaintiff's Second Application stating "Did Not Provide Soc. Sec. # "

23. On December 1, 2003, Sheriff Bergman sent a letter to the Plaintiff stating that Plaintiff's application had been rejected because Plaintiff refused to disclose his social security number. The letter also stated that the PSP refused to initiate a background check without a social security number and that the social security number must be provided so that it can be displayed on the LTCF as is required by 18 Pa. C.S.A. § 6109 (e) (3) of the UFA The second denial letter is attached as Exhibit "E."

24      Thereafter, on or about April 27, 2004, the Sheriff's Office contacted by phone and through a series of electronic email messages Chief Warrant Officer 5 Randal L. Doyle of the Military Police at the United States Army Criminal Investigative Command at Fort Belvoir, Virginia. During these communications, the Sheriff's Office specifically elicited the social security number of Plaintiff from Officer Doyle in apparent violation of the Privacy Act and other federal statutes. This was done notwithstanding that the Sheriff's Office knew that Plaintiff had not and did not want to disclose his social security number for privacy reasons and that no investigation pertaining to LTCF applications was ongoing (because Plaintiff's two previous LTCF applications already had been rejected).

25.     At all relevant times herein, the Defendants were state actors acting under color of state law.

26.     At all relevant times herein, the Sheriff's Office had an official policy and / or custom (or an official decision was made by the Sheriff or other policy making individual) to demand social security numbers on all LTCF applications in violation of the Privacy Act and to utilize an application form that did not make the disclosures required by the Privacy Act.

27      At all relevant times herein, Defendants Miller, Thierwechter and Bergman, in their supervisory roles, had knowledge of and acquiesced in the violation of Plaintiff's federal rights; failed to train subordinates and employees regarding individuals' rights under the Federal Privacy Act; failed to prevent recurrence of misconduct after having being notified of the significant flaws with Pennsylvania's UFA and the problems with the policies / procedures of the PSP and Sheriff's Office; and failed to take immediate corrective action thereby sending a message of approval that the PSP and Sheriff's Office could continue to violate the privacy rights of individuals.

VI. LEGAL BASIS

28. In adopting the Privacy Act of 1974, Pub L 93-579, 88 Stat 1896, 2194, 5 U.S.C 552a (note), Congress set forth in Section 2 the following findings:

> (1) the privacy of an individual is directly affected by the collection, maintenance, use, and dissemination of personal information by Federal agencies;
>
> (2) the increasing use of computers and sophisticated information technology, while essential to the efficient operations of the Government, has greatly magnified the harm to individual privacy that can occur from any collection, maintenance, use, or dissemination of personal information;
>
> (3) the opportunities for an individual to secure employment, insurance, and credit, and his right to due process, and other legal protections are endangered by the misuse of certain information systems;
>
> (4) the right to privacy is a personal and fundamental right protected by the Constitution of the United States; and
>
> (5) in order to protect the privacy of individuals identified in information systems maintained by Federal agencies, it is necessary and proper for the Congress to regulate the collection, maintenance, use, and dissemination of information by such agencies.

29. Section 7 (a) (1) of the Privacy Act provides that "It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security number."

30 Section 7 (b) further provides that "Any Federal, State, or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it."

31 "In enacting Section 7, Congress sought to curtail the expanding use of social security numbers by federal and local agencies and, by so doing, to eliminate the threat to individual privacy and confidentiality of information posed by common numerical identifiers." *Boyle v. Wilson*, 529 F. Supp. 1343, 1348 (D Del. 1982) (citing S Rep. No 1183, 93rd Cong., 2d Sess. Reprinted in (1974) U.S. Code Cong. & Ad. News 6916, 6944).

32. Under Pennsylvania's Uniform Firearms Act, 18 Pa. C S.A §§ 6101 *et seq* , and pursuant to PSP's and the Sheriff's Office's requirements, policies and procedures, persons who seek to purchase a gun or obtain a LTCF must disclose their social security number in direct violation of the Privacy Act.

33 For example, the LTCF application that is prepared by the Pennsylvania State Police ("PSP") requires applicants to disclose his or her SSN as was explained in a July 10, 2003 letter sent to Appellant by Defendant John K Thierwechter, Director, Bureau of Records and Identification Defendant Thierwechter acknowledged that federal law does not require disclosure of an individual's social security number but he indicated that under Pennsylvania law no application would be processed without the disclosure of a social security number. Correspondence attached hereto as Exhibit "F".

34 Moreover, an applicant's social security number is actually required to be printed on the face of the license pursuant to 18 Pa. C.S.A. § 6109 of the UFA This can result in the future forced disclosure of a person's private social security number because a person must carry the license with him or her and may be required to display the license to law enforcement officers upon their demand. *See* 18 Pa C.S. § 6106

35. The application for a LTCF no where provides the warning required by Section 7 (b) of the Privacy Act regarding whether the disclosure of the social security number is

mandatory or voluntary, the statutory authority for such disclosure and what uses will be made of it. This violates the plain language of the Privacy Act and infringes upon Plaintiff's due process rights

36. While the Privacy Act does exempt " . . . a system of records in existence and operating before January 1, 1975, *if such disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual* . . .", Section 7 (a) (2) (B) (emphasis added), (hereinafter "grandfather provision"), no such system was in place in Pennsylvania at that time for purchasing a gun or obtaining a LTCF and therefore the grandfather provision is not applicable.

37. Pennsylvania's UFA and Defendants' application of the UFA violates the Federal Privacy Act and the Fourteenth Amendment of the United States Constitution, including the fundamental right to privacy and due process of law. Moreover, it also implicates rights under the Second Amendment of the Constitution and Article I, Section 21 of the Pennsylvania Constitution

## VII. CAUSES OF ACTION

### COUNT I

Plaintiff v. Defendants Miller, Thierwechter and Bergman in their official capacities and Defendant Lancaster County Sheriff's Office
(Declaratory and Prospective Injunctive Relief under 42 U.S.C. § 1983 for violations of the Federal Privacy Act)

38. Plaintiff incorporates by reference paragraphs 1 through 37 as if fully set forth herein.

39. Pennsyvlania's UFA facially and as applied violates the Federal Privacy Act because:

a) it requires a citizen to provide and disclose his or her social security number in order to receive the rights, privileges and benefits of purchasing or otherwise transferring a gun or obtaining a LTCF in violation of Section 7 (a) (1) of the Act;

b) it fails to provide the mandatory warning in the LTCF application and gun purchase / transfer application regarding the use of social security numbers in violation of Section 7 (b) of the Act; and

c) it requires the publication and forced disclosure of the social security number by printing the social security number on the LTCF in violation of the Privacy Act and in violation of a citizen's Constitutional right to privacy.

WHEREFORE, Plaintiff seeks declaratory and prospective injunctive relief against Defendants Miller, Thierwechter, Bergman and the Sheriff's Office as follows:

a.    Take jurisdiction of this matter;

b    Grant a trial by jury;

c    Grant declaratory and prospective injunctive relief against Defendants Miller, Thierwechter, Bergman and the Sheriff's Office as follows:

    i.   declare that Pennsylvania's UFA facially violates the Federal Privacy Act;

    ii   declare that Pennsylvania's UFA as applied to Plaintiff violated Plaintiff's rights under the Federal Privacy Act;

    iii.  enjoin Defendants from requiring the disclosure of an individual's social security number as a precondition for purchasing or otherwise transferring a firearm or obtaining a LTCF;

    iv   require Defendants to set forth the mandatory social security privacy warnings within the LTCF and gun purchase / transfer applications as

required by section 7 (b) of the Federal Privacy Act concerning the optional disclosure and use of social security numbers;

v. enjoin Defendants from printing social security numbers on the LTCF or otherwise disseminating the social security number;

vi. order the Defendants to expunge, delete and remove any and all references to Plaintiff's social security number obtained pursuant to the UFA from all paper and electronic systems of records, correspondence or documents maintained by Defendants; and

vii order the Defendants to notify all individuals holding a valid LTCF that the Defendants or appropriate agency will, upon request, provide a replacement license at no cost that does not contain the individual's social security number.

d. Award Plaintiff prejudgment interest, reasonable attorneys' fees and costs as permitted by law against all Defendants; and

e. Award such other and further relief, as this Court may deem appropriate.

**COUNT II**

Plaintiff v All Defendants

(42 U.S.C. § 1983 for violating Plaintiff's rights under the Federal Privacy Act, Fourteenth Amendment and for violating Plaintiff's rights under the Pennsylvania Constitution)

40. Plaintiff incorporates by reference paragraphs 1 through 39 as if fully set forth

41. Defendants violated Plaintiff's rights under the Federal Privacy Act, the Fourteenth and Second Amendment of the United States Constitution and Article I, Section 21 of the Pennsylvania Constitution by denying Plaintiff the right, benefit and privilege provided under the UFA to purchase a gun and to obtain a LTCF because of Plaintiff's refusal to disclose his

social security account number. Defendants essentially placed an unconstitutional condition on Plaintiff, *i.e.* disclose your private, protected social security number or be denied an important right, benefit or privilege.

42. Defendants violated Plaintiff's rights under the Federal Privacy Act, the Fourteenth and Second Amendments to the United States Constitution and Article I, Section 21 of the Pennsylvania Constitution by covertly obtaining Plaintiff's social security number after Plaintiff specifically indicated he did not want to disclose his social security number.

43. The actions of the Defendants violated clearly established federal rights of the Plaintiff.

44. As a proximate result of the Defendants' actions, Plaintiff has suffered the violation of his federal rights under the Privacy Act and the Fourteenth and Second Amendments to the United States Constitution as well as a violation of his rights under Article I, Section 21 of the Pennsylvania Constitution.

45. Plaintiff also has incurred costs / expenses arising out of Defendants' actions.

WHEREFORE, Plaintiff requests the following relief against all the Defendants:

a. Take jurisdiction of this matter;

b. Grant a trial by jury;

c. Grant declaratory and compensatory relief against Defendants in their individual capacities (and official capacities when appropriate and necessary) as follows:

i. declare that Defendants violated Plaintiff's rights under the Federal Privacy Act, the Fourteenth Amendment of the United States Constitution and Article I, Section 21 of the Pennsylvania Constitution;

    ii order Defendants to process Plaintiff's LTCF application and request to transfer a firearm without requiring Plaintiff to disclose his social security number;

iii. order the Defendants to expunge, delete and remove any and all references to Plaintiff's social security number obtained pursuant to the UFA from all paper and electronic systems of records, correspondence or documents maintained by Defendants;

iv. order the Defendants to notify all individuals holding a valid LTCF that the Defendants or appropriate agency will, upon request, provide a replacement license at no cost that does not contain the individual's social security number ;

v. grant Plaintiff damages for violation of his federal rights and for the associated expenses and costs associated therewith;

d Award Plaintiff prejudgment interest, reasonable attorneys' fees and costs as permitted by law against all Defendants; and

e. Award such other and further relief, as this Court may deem appropriate.

Date: 11/24/04

Respectfully submitted,

GIBBEL, KRAYBILL & HESS

By: ______________________

J. Dwight Yoder
Attorney for Michael Stollenwerk
41 East Orange Street
Lancaster, PA 17602
717-291-1700
Sup Ct Atty I.D. #81985

OMB NO. 1512-0129

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number

WARNING: You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1 Transferee's Full Name *(Last, First, Middle)*

2 Residence Address *(No., Street, City, County, State, Zip Code; cannot be a post office box)*

3 Place of Birth *(City, State or foreign country)*

4. Height ____ Weight ____

5. Male / Female

6. Birth Date Month ____ Day ____ Year ____

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8 Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino ☐ Asian ☐ White

**9** What is your State of residence *(if any)?* ____________ *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

**10** What is your country of citizenship? *(List more than one, if applicable.)* ____________

**11** If you are not a citizen of the United States, what is your INS-issued alien number or admission number? ____________

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| **a.** | Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | |
| **b.** | Are you under indictment or information in any court for a felony or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | |
| **c.** | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | |
| d. | Are you a fugitive from justice? | |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | |
| **h.** | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | |
| **i.** | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | |
| j. | Have you ever renounced your United States citizenship? | |
| k. | Are you an alien illegally in the United States? | |
| **l.** | Are you a nonimmigrant alien? *(See Definition 6.)* | |

**13** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?
Yes ☐ No ☐ Not applicable ☐ *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

SAMPLE

EXHIBIT "A"

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

☐ Handgun ☐ Long Gun ☐ Both

17 Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____________ *(city, state)*

18 a. Type of Identification *(e.g., driver's license or other valid government-issued photo identification.)* __________

Number on Identification: __________

Expiration Date of Identification *(if any)* __________ (See Instruction to Transferor 1.)

18 b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18 c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit, waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a The transferee's identifying information in Section A was transmitted to NICS or the appropriate state agency on __________ *(Date)*.

19b The NICS or state transaction number *(if provided)* was:

19c The response initially provided by NICS or the appropriate state agency was:

☐ Proceed ☐ Denied ☐ Delayed

19d If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on __________ *(Date)*

☐ Proceed ☐ Denied ☐ No resolution was provided within 3 business days.

19 e. The name and Brady identification number of the NICS examiner *(if provided)* __________ , __________ *(optional)*
*(name)* *(number)*

20 ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21 ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type __________ Date of Issuance: __________

Expiration Date *(if any)* __________ Permit Number: __________

**Section C**

*If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 9.)*

**I certify that the answers I provided to the questions in Section A of this form are still true and correct.**

22. Transferee's Signature

23. Date

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29 Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30 Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31 Transferor's Name *(Please print)* | 32 Transferor's Signature | 33 Transferor's Title | 34 Date Transfer is completed |
|---|---|---|---|
| | | | |

ATF F 4473 (5300.9) PART I (10-2001)

SAMPLE

SAMPLE

# Important Notice Regarding Changes to the Firearms TransactionRecord Part 1 - Over-the-Counter (Form 4473)

## ATF F 4473 (5300.9) Part I - Page 3

View: [Page 1] [Page 2] [Page 3] [Page 4]

### IMPORTANT NOTICES

1 For purposes of this form, you are the actual buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself (for example, redeeming the firearm from pawn/retrieving it from consignment). You are also the actual buyer if you are acquiring the firearm as a legitimate gift for a third party. ACTUAL BUYER EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT the actual buyer of the firearm and must answer "no" to question 12a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual buyer of the firearm and should answer "yes" to question 12a.

2 Under 18 U.S.C. § 922, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she lawfully may sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923.

3 The Brady law, 18 U.S.C. § 922(t), requires that [illegible] transferring a firearm to an unlicensed person, a licensed importer, manufacturer, or dealer must contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system [illegible] any information that the prospective purchaser is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include contacts to State agencies that have been designated to conduct NICS checks for the Federal Government.

4 WARNING: Any seller who knowingly transfers a firearm to any person prohibited from receiving or possessing a firearm violates the law even if the seller has complied with the background check requirements of the Brady law.

5 The seller of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the seller should be familiar with the provisions of 18 U.S.C. §§ 921-930 and the regulations appearing in 27 CFR Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the seller is presumed to know applicable State laws and published ordinances in both the seller's State and the buyer's State.

6 The transferee of a firearm should be familiar with 18 U.S.C. § 922. Generally, § 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a misdemeanor crime of domestic violence, has been convicted of a felony, or any other crime, punishable by imprisonment for a term exceeding one year (*this does not include State misdemeanors punishable by imprisonment of two years or less*); is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated mentally defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; has renounced his or her U.S. citizenship; is an alien illegally in the United States or a nonimmigrant alien; or is subject to certain restraining orders. Furthermore, section 922 prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony, or any other crime, punishable by imprisonment for a term exceeding one ye[illegible]

EXCEPTION 1. A person who has been convicted of a felony, or [illegible] for which the judge could have imprisoned the person for more th[illegible] who has been convicted of a misdemeanor crime of domestic vio[illegible] prohibited from purchasing, receiving, or possess[illegible] firearm if: (1) [illegible] law where the conviction occurred, the person [illegible] pardoned, the conviction has been expunged or set aside, or the person [illegible] rights (the right to vote, sit on a jury, and hold public office) restored; AND (2) the person is not prohibited by the law where the conviction occurred from [illegible] or possessing firearms. Persons subject to [illegible] exception should [illegible] 12c or 12i, as applicable. A person who has been convicted of a [illegible] meanor crime of domestic violence also is not covered [illegible] unless (1) this person was represented by a lawyer or [illegible] to a lawyer, and (2) if the person was entitled to a jury, was tried by a jury [illegible] gave up the right to a jury trial. Persons subject to this exception should a[illegible] to 12i.

EXCEPTION 2: A nonimmigrant alien is not prohibited from purchasing, receiving or possessing a firearm if the alien: (1) is in possession of a hunting license or permit lawfully issued in the United States; (2) is an official representative of a foreign government who is accredited to the United States Government or their Government's mission to an international organization having its headquarters in the United States; or (3) has received a waiver from the prohibition from the Attorney General of the United States. (*See 18 U.S.C. § 922(y)(2) for additional exceptions.*) Persons subject to one of these exceptions should answer "yes" to questions 12l and 13 and provide the documentation requested by question 18c.

7 Under 18 U.S.C. § 922, firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing which the person received actual notice of and had an opportunity to participate in; (B) restrains such person from harassing, stalking or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a [illegible] ible threat to the physical safety of such intimate partner or child; or [illegible] terms explicitly prohibits the use, attempted use, or threatened use [illegible] physical force against such intimate partner or child that would reasonably be [illegible] cause bodily injury. For purposes of this prohibition, an "intimate partner" [illegible] person is: the spouse of the person, a former spouse of [illegible] person, an indi[illegible] who is a parent of a child of the person or an individual w[illegible] cohabitates or has [illegible] with the person.

8 [illegible] C. §§ [illegible] is unlawful for a person to engage in the business of dealing in firearms without a license. A person is engaged in the business of dealing in firearms if he or she devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms. A license is not required of a person who only makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his or her personal collection of firearms.

9. Persons acquiring firearms for exportation should be aware that the State or Commerce Departments may require a license be obtained prior to exportation.

### INSTRUCTIONSTOTRANSFEREE

1 The buyer must personally complete Section A of this form and certify (*sign*) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers (*other than the signature*) may be written by another person, excluding the seller. Two persons (*other than the seller*) must then sign as witnesses to the buyer's answers and signature.

2 When the buyer of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity, and (B) the name and address of that business entity.

3 If the transfer of the firearm takes place on a different day from the date that the buyer signed Section A, the seller must again check the photo identification of the buyer prior to the transfer, and the seller must complete the certification in Section C at the time of transfer.

4 If the buyer is a member of the A[illegible] on active duty acquiring a firearm in the State where his or her perm[illegible] duty station is located, but does not reside at his or her permanent duty [illegible], the buyer must list both his or her permanent duty s[illegible] address and [illegible] residence address in response to ques[illegible]

### [illegible]ONSTOTRANSFEROR

1 K[illegible] YOUR CUSTOMER: Before a licensee may sell or deliver a firearm to a non[illegible], the licensee must establish the identity, place of residence, and age [illegible] buyer. The buyer must provide a valid government-issued photo identification to the seller that contains the buyer's name, residence address, and date of birth. The licensee must record the type, identification number, and expiration date (*if any*) of the identification in question 18a. A driver's license or an identification card issued by a State in place of a license is acceptable. Social security cards are not acceptable because no address, date of birth, or photograph is shown on the cards. If the buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his or her permanent duty station is located, but he or she has a driver's license from another State, you should list the buyer's military identification card and official orders showing where his or her permanent duty station is located in response to question 18a.

2. SALE OF FIREARMS TO LEGAL ALIENS (PART 1): A buyer who is not a citizen of the United States must provide additional documentation (*beyond a valid government-issued photo identification that contains the buyer's name, residence address, and date of birth*) to establish that he or she has resided in a State for at least 90 days prior to the date of the sale. *See Definition 5.* Examples of appropriate documents to establish State residency are utility bills from each of the last 3 months prior to the sale or a lease agreement which demonstrates 90 days of residency prior to the sale. (*A licensee may attach a copy of the documentation to the ATF F 4473, rather than record the type of documentation in question 18b.*)

3. SALE OF FIREARMS TO LEGAL ALIENS (PART 2): Even if a nonimmigrant alien can establish State residency, he or she is prohibited from receiving a firearm unless he or she falls within an exception to the nonimmigrant alien prohibition. *See Important Notice 6, Exception 2.* If a nonimmigrant alien claims to fall within one of these exceptions by answering "yes" to question 13, he or she must

# Important Notice Regarding Changes to the Firearms TransactionRecord Part 1 - Over-the-Counter (Form 4473)

## ATF F 4473 (5300.9) Part I - Page 4

View: [Page 1] [Page 2] [Page 3] [Page 4]

provide the licensee with documentation of the exception *(e.g., hunting license/permit, waiver)*. The licensee must record the type of documentation in question 18c and attach a copy of the document to the ATF F 4473. If the documentation is a hunting license/permit, the licensee must make sure it has not expired. An expired hunting license/permit does not qualify for the exception.

4. If the buyer's name is illegible, the seller must print the buyer's name above the name written by the buyer.

5. NICS CHECK. After the buyer has completed Section A of the form and the licensee has completed questions 16-18, and prior to transferring a firearm to a nonlicensee, the licensee must contact NICS in accordance with the instructions received from ATF *(see Instruction 7 below for NICS check exceptions.)* However, the licensee should NOT contact NICS, and should stop the transaction if: the buyer answers "no" to question 12a; the buyer answers "yes" to any question in 12b-12l, unless the buyer only has answered "yes" to question [illegible] and also answers "yes" to question 13; or the buyer is unable to [illegible] the documentation required by question 18a, b, or c.

   At the time that NICS is contacted, the licensee [illegible] record in question [illegible] the date of contact, the NICS *(or state)* trans[illegible] number, and the [illegible] response provided by NICS or the state. If the licensee [illegible] "delayed" response prior to transferring the firearm, the licensee m[illegible] record [illegible] question [illegible] any response subsequently pro[illegible] NICS *(or a[illegible] provided within 3 business days)*. (If a licensee receiv[illegible] response from NICS after the firearm has been trans[illegible] may [illegible] this information on the ATF F 4473.) If the licensee [illegible] delayed response, he or she may record the name and Brady ID number of any [illegible] examiner who makes a follow up call in question 19e. Note: States acting [illegible] points of contact for NICS checks may use terms other than "proceed," [illegible] or "denied." In such cases, the licensee should check the box that corresponds to the state's response. Some states may not provide a transaction number for denials. However, in any case where a firearm is transferred within the three business day period, a transaction number is required.

6. NICS RESPONSES. If NICS provides a "proceed" response, the transaction may proceed. If NICS provides a "denied" response, the seller is prohibited from transferring the firearm to the buyer. If NICS provides a "delayed" response, the seller is prohibited from transferring the firearm unless 3 business days have elapsed and, prior to the transfer, NICS has not advised the seller that the buyer's receipt or possession of the firearm would be in violation of law. See 27 CFR § 178.102(a) for an example of how to calculate 3 business days.

7. EXCEPTIONS TO NICS CHECK: A NICS check is not required if the transfer qualifies for any of the alternatives in 27 CFR § 178.102(d). Generally these include: (a) transfers where the buyer has presented the licensee with a permit or license that allows the buyer to possess, acquire, or carry a firearm, and the permit has been recognized by ATF as a valid alternative to the NICS check requirement; (b) transfers of National Firearms Act weapons approved by ATF; or (c) transfers certified by ATF as exempt because compliance with the NICS check requirements is impracticable. See section 178.102(d) for a detailed explanation. If the transfer qualifies for one of these exceptions, the licensee must obtain the supporting documentation required by 27 CFR § 178.131. A firearm must not be transferred to any buyer who fails to provide such documentation.

8. If the transfer takes place on a different day from the date that the buyer [illegible] Section A, the licensee must again check the photo identification [illegible] buyer prior to the transfer, and the buyer must complete the certification [illegible] at the time of transfer.

9. Immediately prior to transferring the firearm, the [illegible] must complete [illegible] The seller must print his or her name in question [illegible] his or [illegible] signature in question 32.

10. Additional firearms purchase[illegible] same buy[illegible] to the form after the seller has signed a[illegible] A buyer w[illegible] to purchase additional firearms after the seller ha[illegible] the [illegible] must complete a new ATF F 4473. The seller must [illegible] NICS check on the transaction.

11. In addition to completing this form [illegible] must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4. See 27 CFR § 178.126a.

12. If more than three firearms are involved in a transaction, the information required by Section D, questions 24-28, must be provided for those firearms on a separate sheet of paper, which must be attached to the ATF F 4473 covering the transaction.

13. If the transfer occurs at a gun show authorized by 27 CFR § 178.100, the seller must record the location of the sale in question 17.

14. After the seller has completed the firearms transaction, he or she must make the completed, original ATF F 4473 *(which includes the Important Notices, Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied by NI[illegible] for any other reason the transfer does not go through after a NIC[illegible] is initiated, the licensee must retain the ATF F 4473 in his or her records [illegible] least 5 years. Forms 4473 with respect to which a sale, delivery or transfer [illegible] place shall be separately retained in alphabetical *(by name)* or chron[illegible] *(by date of transferee's certification)* order.

15. You [illegible] include an[illegible] information on [illegible] form that is relevant to the transaction.

[illegible]FINITIONS

1. O[illegible] Counter Transaction: The sale or other disposition of a firearm by a sell[illegible] buyer, occurring on the seller's licensed premises. This includes the sale [illegible] other disposition of a rifle or shotgun to a nonresident buyer on such premi[illegible]

2. [illegible]ate Laws and Published Ordinances: The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

3. Under Indictment or Information or Convicted in any court: An indictment, information, or conviction in any Federal, State, local, or foreign court.

4. Misdemeanor Crime of Domestic Violence: A Federal, State, or local offense that is a misdemeanor under Federal or State law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with, or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that have as an element the use or attempted use of physical force or the threatened use of a deadly weapon *(e.g., assault and battery)*, if the offense is committed by one of the defined parties.

5. State of Residence: The State in which an individual resides. An individual resides in a State if he or she is present in a State with the intention of making a home in that State. If an individual is a member of the Armed Forces on active duty, his or her State of residence is the State in which his or her permanent duty station is located. An alien who is legally in the United States is a resident of a State only if the alien is residing in the State and has resided in the State for at least 90 days prior to the date of sale or delivery of a firearm. These examples illustrate this definition.

   Example 1. A maintains a [illegible] State X. A travels to State Y on a hunting trip. A does not become a [illegible] of State Y by reason of such trip.

   Example 2. A [illegible] U.S. citizen [illegible] a home in State X and a home in State Y. A [illegible] in State X [illegible] and in State Y on weekends. During the time [illegible] actually resides [illegible] is a resident of State X. During [illegible] A actually [illegible] in State Y, [illegible] is a resident of State Y.

6. [illegible] Nonimmigrant Aliens: A[illegible] United States in a nonimmigrant classification. [illegible] includes, in [illegible] part, persons traveling temporarily in the United S[illegible] business or pleasure, persons studying in the United States who maintain a re[illegible] abroad, and certain foreign workers. The definition does NOT include perm[illegible] resident aliens.

PRIVACY ACT INFORMATION

Solicitation of this information is authorized under 18 U.S.C. § 923(g). Disclosure of the individual's social security number is voluntary. The number may be used to verify the individual's identity.

PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of the information is to determine the eligibility of the transferee to receive firearms under Federal law. The information is subject to inspection by ATF officers and is required by 18 U.S.C. §§ 922 and 923.

The estimated average burden associated with this collection is 20 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF LANCASTER

DO NOT DUPLICATE

# APPLICATION FOR A PENNSYLVANIA LICENSE TO CARRY FIREARMS

FOR USE BY ISSUING AUTHORITY ONLY

SIGNATURE [signature] LICENSE NO. ____

DATE APPLIED 02.02.03 DATE APPROVED ___/___/___ DATE REJECTED ___/___/___

REASON FOR REJECTION ____

PHOTOGRAPH IF REQUIRED

## APPLICANT INFORMATION - TYPE/PRINT IN BLUE OR BLACK INK

| 1. LAST NAME | 2. JR., ETC. | 3. FIRST NAME | 4. MIDDLE NAME | 5. DATE OF BIRTH | 6. AGE | 7. HEIGHT | 8. WEIGHT |
|---|---|---|---|---|---|---|---|
| Stollenwerk | | Michael | Foley | [redacted] | 40 | 6'1" | 190 lbs |

| 9. SEX | 10. RACE | 11. EYE COLOR | 12. HAIR COLOR | 13. DRIVER'S LICENSE NO./STATE (IF AVAILABLE) | 14. SOCIAL SECURITY NO | 15. HOME TELEPHONE NO. |
|---|---|---|---|---|---|---|
| Male | Cauc. | Brown | Red | 20032580 | Not Disclosed, If Any | (703) 924-3693 |

| 16. STREET ADDRESS | 17. CITY | 18. STATE | 19. ZIP CODE |
|---|---|---|---|
| 5573 Jowett Court | Alexandria | VA | 22315 |

| 20. EMPLOYER/BUSINESS NAME | 21. WORK TELEPHONE NO. | 22. OCCUPATION |
|---|---|---|
| US Army | (703) 806-5638 | Military Officer |

| 23. ADDRESS | 24. CITY | 25. STATE | 26. ZIP CODE |
|---|---|---|---|
| HQ, Center for Army Analysis | Fort Belvoir | VA | 22060 |

27 REASON FOR A LICENSE TO CARRY FIREARMS:

[X] SELF-DEFENSE [ ] EMPLOYMENT [ ] HUNTING & FISHING [ ] TARGET SHOOTING [ ] GUN COLLECTING

[ ] OTHER: ____

28. TWO REFERENCES - NOT IMMEDIATE FAMILY MEMBERS

| NAME | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Bob Beck | 1811 Deer Park Rd., Finksburg, MD 21048 | (410) 871-9298 |
| Bob Jones | 6707 Ordsall St., Alexandria VA 22315 | (703) 921-2594 |

29. HAVE YOU EVER BEEN CONVICTED OF A CRIME ENUMERATED IN SECTION 6105 (b), OR DO ANY OF THE CONDITIONS UNDER 6105 (c) APPLY TO YOU? (READ INFORMATION ON BACK PRIOR TO ANSWERING) [ ] YES [X] NO

30. ARE YOU NOW CHARGED WITH, OR HAVE YOU EVER BEEN CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? (THIS DOES NOT INCLUDE FEDERAL OR STATE OFFENSES PERTAINING TO ANTITRUST, UNFAIR TRADE PRACTICES, RESTRAINTS OF TRADE, OR REGULATION OF BUSINESS; OR STATE OFFENSES CLASSIFIED AS MISDEMEANORS AND PUNISHABLE BY A TERM OF IMPRISONMENT NOT TO EXCEED TWO YEARS.) (READ BLOCK 30 INFORMATION ON BACK PRIOR TO ANSWERING) [ ] YES [X] NO

31. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE UNDER THE ACT OF APRIL 14, 1972 (P.L. 233, NO. 64), KNOWN AS THE CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT? [ ] YES [X] NO

32. ARE YOU AN INDIVIDUAL WHO, WITHIN THE PAST TEN YEARS, HAS BEEN ADJUDICATED A DELINQUENT FOR A CRIME ENUMERATED IN SECTION 6105 (REFER TO INFORMATION ON BACK), OR FOR AN OFFENSE UNDER THE CONTROLLED SUBSTANCE, DRUG, DEVICE, AND COSMETIC ACT? [ ] YES [X] NO

33. ARE YOU AN INDIVIDUAL WHO IS NOT OF SOUND MIND OR WHO HAS EVER BEEN COMMITTED TO A MENTAL INSTITUTION? [ ] YES [X] NO

34. DO YOU POSSESS A CURRENT LICENSE, PERMIT OR SIMILAR DOCUMENT TO CARRY A FIREARM FROM A STATE OTHER THAN PENNSYLVANIA? (IF YES, ATTACH PHOTOCOPY TO APPLICATION) [X] YES [ ] NO

35. ARE YOU A UNITED STATES CITIZEN? IF NO, ENTER IMMIGRATION IDENTIFICATION NUMBER: ____ [X] YES [ ] NO

36. ARE YOU AN INDIVIDUAL WHO HAS BEEN DISCHARGED FROM THE ARMED FORCES OF THE UNITED STATES UNDER DISHONORABLE CONDITIONS? [ ] YES [X] NO

37. IS YOUR CHARACTER AND REPUTATION SUCH THAT YOU WOULD BE LIKELY TO ACT IN A MANNER DANGEROUS TO PUBLIC SAFETY? [ ] YES [X] NO

38. ARE YOU A HABITUAL DRUNKARD? [ ] YES [X] NO

39. I HAVE NEVER BEEN CONVICTED OF A CRIME OF VIOLENCE IN THE COMMONWEALTH OF PENNSYLVANIA OR ELSEWHERE. I AM OF SOUND MIND AND HAVE NEVER BEEN COMMITTED TO A MENTAL INSTITUTION. I HEREBY CERTIFY THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT, IF I KNOWINGLY MAKE ANY FALSE STATEMENTS HEREIN, I AM SUBJECT TO PENALTIES PRESCRIBED BY LAW. I AUTHORIZE THE SHERIFF, OR HIS DESIGNEE, OR, IN THE CASE OF FIRST CLASS CITIES, THE CHIEF OR HEAD OF THE POLICE DEPARTMENT, OR HIS DESIGNEE, TO INSPECT ONLY THOSE RECORDS OR DOCUMENTS RELEVANT TO INFORMATION REQUIRED FOR THIS APPLICATION. THIS CERTIFICATION IS MADE SUBJECT TO BOTH THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 Pa.C.S. 4904) RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES AND THE UNIFORM FIREARMS ACT.

SIGNATURE OF APPLICANT: [signature] DATE OF APPLICATION: 7 July 2003

EXHIBIT "B"

LANCASTER COUNTY SHERIFF'S OFFICE

**READ CAREFULLY!!** INSTRUCTIONS FOR FIREARMS PERMIT APPLICANTS

1. Applicant must be at least 21 years of age, and reside in Lancaster County. Proof of age and residency must be furnished when application is submitted. A post office box number will not be accepted as a legal residence.

2. Complete the Lancaster County application form. Form must be filled out legibly and completely by typing or printing in black or blue-black ink or it may not be accepted. You must bring this application and any attached documents to the Sheriff's Office personally. A payment of $25.00 CASH (or money order made payable to the Sheriff of Lancaster County) is required when submitting your application. Following an investigation, you will be notified, by mail, as to whether your application has been approved or rejected. If rejected, a service fee of $6.00 will be withheld, and you will receive a refund of $19.00. NOTICE: The furnishing of false information or offering false evidence of identity is a violation of Section 4904 (relating to unsworn falsification to authorities).

3. Print legibly or type your current police agency: Fair Fax County, VA Police Dept

4. Have you lived at your current address for the last 5 years? ____YES _X_ NO
If No, see page #3 and list the identity and addresses of the law-enforcement agencies in which you legally resided in the last 5 years.

5. Do you have any experience in the safe handling of firearms? _X_ YES ____ NO

6. Have you previously applied for a firearms license? _X_ YES ____ NO
If yes, were you _X_ ACCEPTED ____ REJECTED? MONTH & YEAR: ______
If REJECTED, when, where, why ______
Is this a __new application or __renewal of a present permit (Expires____)

7. Have you ever had a permit REVOKED? ____ YES _X_ NO
If yes, when, where, why? ______

8. YOUR PLACE OF BIRTH Chapel Hill (CITY) NC (STATE) USA (NATION)

9. Pennsylvania legal resident 36 yrs., Lancaster County legal resident 36 yrs.

10. Return this sheet to the Sheriff's Office with your completed application.

[signature]
TERRY A. BERGMAN
SHERIFF OF LANCASTER COUNTY

I hereby authorize the Sheriff of Lancaster County or his representative to conduct any investigation deemed necessary and to examine any pertinent documents for the purpose of establishing that my character and reputation are such that I would not act in a manner dangerous to public safety should I be granted a license to carry a concealed firearm.

[signature]
SIGN YOUR NAME HERE

Michael F. Stollenwerk
PRINT YOUR NAME HERE

REV 12-00

# IDENTIFICATION AND RESIDENCY REQUIREMENTS FOR ALL PERMIT APPLICANTS

---

ALL PERMIT APPLICANTS ARE NOW REQUIRED TO **PROVIDE PRIMARY AND SECONDARY IDENTIFICATION** WHEN SUBMITTING AN APPLICATION TO THIS OFFICE.

**PRIMARY IDENTIFICATION** SHALL CONSIST OF ONE OF THE FOLLOWING:

**1) A VALID PHOTO DRIVER'S LICENSE,** (ISSUED BY PA DEPT. OF MOTOR VEHICLES) **OR**

**2) A PHOTO IDENTIFICATION CARD,** (ISSUED BY PA DEPT. OF MOTOR VEHICLES)

***PRIMARY IDENTIFICATION MUST CONTAIN THE APPLICANTS NAME, CURRENT ADDRESS, DATE OF BIRTH, RACE, SEX AND SIGNATURE.**

**SECONDARY IDENTIFICATION** SHALL CONSIST OF ONE OF THE FOLLOWING:

1) MORTGAGE PAYMENT RECEIPT

2) RESIDENTIAL LEASE AGREEMENT

3) UTILITY BILL

4) VEHICLE REGISTRATION CARD

5) VEHICLE INSURANCE CARD

6) HOME OWNERS INSURANCE POLICY

7) BANK STATEMENT

8) VALID LANCASTER CO. CONCEALED WEAPONS PERMIT

9) CREDIT CARD ACCOUNT STATEMENT

10) TAX BILLINGS

*** ALL SECONDARY IDENTIFICATION MUST BE CURRENT AND CONTAIN THE APPLICANTS NAME AND CURRENT ADDRESS.**

| COMPLETE PRIOR ADDRESS | PRIOR POLICE DEPARTMENT (INCLUDING ADDRESS) |
| --- | --- |
| 4143 Via Marina<br>Marina del Rey, CA 90292 | Los Angeles County Sheriff<br>Los Angeles, CA |
| 2706 Windmill Drive<br>~~[illegible] [illegible]~~ Killeen, TX 76549 | Killeen City Police Department<br>Killeen, TX |
| 155 5th Artillery Drive<br>Fort Leavenworth, KS | Provost Marshall<br>Fort Leavenworth, KS |
| | |
| | |

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT

USA

Type/Catégorie: P
Code of issuing State/code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: 801143595

Surname / Nom
STOLLENWERK

Given names / Prénoms
MICHAEL FOLEY

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance

Sex / Sexe: M
Place of birth / Lieu de naissance: NORTH CAROLINA, U.S.A.

Date of issue / Date de délivrance: 08 JUL/JUI 98
Date of expiration / Date d'expiration: 07 JUL/JUI 03

Authority / Autorité
PASSPORT AGENCY
WASHINGTON, D.C.

Amendments/ Modifications
SEE PAGE 24

P<USASTOLLENWERK<<MICHAEL<FOLEY<<<<<<<<<<<<<
8011435956USA6303275M0307075<<<<<<<<<<<<<<8



May 18, 2003
Account Number: 001 0101 033454803

MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540-C058

| Previous Balance | Payments Received | Adjustments | Current Charges | Total Due | Due By |
|---|---|---|---|---|---|
| $157.70 | $-157.70 | $0.00 | $83.85 | $83.85 | Jun 6, 2003 |

***** AUTOMATIC PAYMENT PLAN - DO NOT SEND PAYMENT *****

**Current Charges as of May 18, 2003**

| | |
|---|---|
| Total Cable Services | 40.56 |
| Total Internet Services | 39.95 |
| Total Fees | 3.34 |
| Total Current Charges | $83.85 |

**Questions?**
CUSTOMER SERV: 703-378-8422
COX HSINTERNET: 703-378-8422
On-Line: www.cox.com/fairfax www.cox.com/fredericksburg

## About Your Account

Thank you for being a Cox Communications Customer. Visit our website at www.cox.com/fairfax for information about all the services Cox offers. You may also contact us via email from our website. Please do not write questions on your remittance statement as our bill service is automated.

## What's New From Cox

Great news for HDTV owners! Effective May 15, ESPN HD will be available with HDTV service on Cox Digital Cable for only $5.99 per month. It's a resolution revolution for sports enthusiasts! Now you can see the games with crystal clear clarity and beginning May 15, Discovery HD will be available at a new reduced price of just $5.99 per month. To enjoy the incredible picture and sound of high definition television you'll need an HDTV compatible TV set. Visit www.cox.com/fairfax for info.
*Continued on reverse....*

P O BOX 2000
HERNDON, VA 20171-0200

**Account Number:**
001 0101 033454803
**Total Due:** $83.85

***** AUTOMATIC PAYMENT PLAN - DO NOT SEND PAYMENT *****

**Payment of this bill confirms your subscription to services and possession of equipment as listed.**

6400 0240 XW RP 22 0014197 05192003 YYNNNNN

0010100147703345480397000083 85

#BWNJNZJ
#477PCCDEDHPC0017#

MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540-C058

COX COMMUNICATIONS
P O BOX 37233
BALTIMORE, MD 21297-3233

Billing Date 5/16/03
Account 000817942050 39Y
Page 1 of 4
**Questions?** Call: (703) 954-6222

verizon

MIKE STOLLENWERK
5573 JOWETT CT
703 924-3693

**Manage your account online at www.verizon.com**

Bill Mailed on 5/22/03

## Account Summary

| | | |
|---|---|---|
| Amount of Last Bill Dated | 4/16/03 | $40.64 |
| Payment(s). Thank you. | 5/8/03 | $40.64cr |
| **Balance** | | $.00 |
| **Current Charges** | | |
| Verizon Monthly Charges | 5/16/03-6/15/03 | $30.01 |
| Verizon Local Calls | | $0.22 |
| Verizon Operator/System Assist Calls | | $0.75 |
| Tax, Surcharges and Other Fees | | $9.22 |
| **Current Charges** | | **$40.20** |
| **Total Amount Due** | | **$40.20** |

Do Not Mail a Payment.
You are enrolled in Verizon's direct debit option.
Your bill will be paid on 6/10/03.

DO NOT MAIL A PAYMENT

verizon

YOU ARE ENROLLED IN A VERIZON DIRECT DEBIT PAYMENT OPTION

Account 000817942050 39 Y

**Total amount due will be paid on 6/10/03.**

01 ***C060
MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540



USAA FEDERAL SAVINGS BANK

FDIC INSURED

DM03648/002873 M

| ACCOUNT NUMBER |
|---|
| [redacted] |
| STATEMENT DATE |
| 06/16/03 |

5
17

MICHAEL F STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540

PAGE 1

| BALANCE LAST STATEMENT | NO. OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 7,150.33 | 17 | 8,685.12 | 5 | 8,212.93 | .00 | 6,678.14 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

WOULD YOU PREFER ONLINE DELIVERY OF YOUR BANK STATEMENT?
ENROLL AT USAA.COM. CLICK DOCUMENTS, TOP RIGHT CORNER.

****FOUR STAR CHECKING****

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 05/29 | 3,638.64 | ACH CREDIT 053003<br>DFAS-IN IND, IN ARMY ACT 191500602 |
| 06/09 | 832.60 | COLONIAL |
| 06/12 | 3,736.39 | ACH CREDIT 061303<br>DFAS-IN IND, IN ARMY ACT 191500602 |
| 06/16 | 4.00 | ATM SURCHARGE REBATE |
| 06/16 | 1.30 | INTEREST PAID |

CHECKS

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 05/30 | 1542 | 45.00 | 06/06 | 1549 | 2,500.00 |
| 05/30 | 1543 | 13.00 | 06/04 | 1550 | 2,400.00 |
| 05/20 | 1548* | 661.00 | | | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 05/19 | 201.50 | ATM DB NONLOCAL 051903<br>100 S FAIRFAX ALEXANDRIA VA |
| 05/20 | 509.32 | ACH DEBIT 052003<br>HOMEQ SERVICING MTGE PMTS 0301230918 |
| 05/27 | 202.00 | ATM DB NONLOCAL 052603<br>SPRINGFIELD MALL 3 SPRINGFIELD VA |
| 05/28 | 109.87 | ACH DEBIT 052803<br>USAA P&C PREMIUMPAY 945200304 |
| 05/29 | 458.79 | ACH DEBIT 052903<br>CITIBANK-AUTOPAY PAYMENT DJ9XBRD5+BG8 |
| 06/02 | 201.00 | ATM DB NONLOCAL 060203<br>6050 GORGAS ROAD PX FT BELVOIR VA |
| 06/02 | 84.86 | ACH PAYMENT<br>TRANSFER FROM LOANS 21002000000000000080391766 |
| 06/09 | 69.00 | ACH DEBIT 060903<br>WASHINGTON GAS GASPAYMENT 3141447330 |

*17DA00287309000004*

*Commonwealth of Virginia, Circuit Court of Fairfax File #. L210306*

**Permit to Carry a Concealed Handgun**

(Must be carried with proper photo ID)

Name: MICHAEL F. STOLLENWERK

Address: 5573 JOWETT COURT
ALEXANDRIA, VA 22315

DOB: [redacted]

Height: 6'1" Weight: 194 Gender: M

Hair: RED Eyes: BROWN

Issue Date: 01/30/2003 Exp Date: 01/30/2008

Judge

Permitee

 ## ACCOUNT INFORMATION

| | |
|---|---|
| Service Address: | 5573 Jowett Ct |
| Mailed | 05/19/03 |
| Account Number | 3141447338 |
| Meter ID No | H83132 |
| Rate Class | RESIDENTIAL HEAT/COOL |
| Level | 1 |
| Next Meter Reading Date | 06/13/03 |
| Days in This Billing Period | 29 |

| Gas Use | | Reading | Date | Method |
|---|---|---|---|---|
| Current Reading | | 6445 | 05/14/03 | READ BY CO. |
| Previous Reading | - | 6421 | 04/15/03 | READ BY CO. |
| CCF of Gas Used | | 24 | | |
| Unmetered Gas Light (CCF) | + | | | |
| Total CCF of Gas Used | | 24 | | |
| Conversion Factor | X | 1.029 | | |
| Total Therms (TH) Used | | 24.7 | | |

### 12-MONTH ENERGY USE HISTORY

| Mo. | Yr. | TH | Mo. | Yr. | TH |
|---|---|---|---|---|---|
| APR | 03 | 45 | OCT | 02 | 20 |
| MAR | 03 | 105 | SEP | 02 | 23 |
| FEB | 03 | 129 | AUG | 02 | 10 |
| JAN | 03 | 79 | NO DATA | | |
| DEC | 02 | 89 | NO DATA | | |
| NOV | 02 | 41 | NO DATA | | |
| | | | Total TH | | 602 |

### BUDGET PLAN INFORMATION

| | |
|---|---|
| Monthly Installment | $ 69.00 |
| Used to Date | $ 733.90 |
| Installments Billed to Date | 10 |
| Paid to Date | $ 621.00 |

### GAS USAGE DETAIL

| | |
|---|---|
| TOTAL THERMS USED | 24.7 |
| DISTRIBUTION SERVICE | |
| DISTRIBUTION CHARGE | |
| 24.7 TH @ $.4599 | 11.36 |
| SYSTEM CHARGE | 10.30 |
| NATURAL GAS SUPPLY SERVICE | |
| PGC @ $.7324 | 18.09 |
| LOCAL UTILITY TAX | 1.82 |
| STATE & LOCAL | |
| ST.& LOCAL CONSUMPTION TAX | 0.47 |
| TOTAL GAS CHARGES | $ 42.04 |

### CHARGES

| | |
|---|---|
| PREVIOUS BILL AMOUNT | 69.00 |
| AUTOMATED PAYMENT | 69.00 |
| CHARGES THIS PERIOD | |
| BUDGET INSTALLMENT | 69.00 |
| TOTAL THIS PERIOD | 69.00 |
| **TOTAL DUE** | **$ 69.00** |

TO AVOID LATE PAYMENT CHARGES, FULL PAYMENT MUST BE RECEIVED BY THE DUE DATE.

THIS PAYMENT WILL BE COLLECTED THROUGH AUTOMATED PAYMENT PLAN.
ON 06/09/03, YOUR BANK ACCOUNT WILL BE CHARGED $69.00 .

**Important customer information is on the back of this bill.**

Please detach this stub and return with payment. Make check payable to **WASHINGTON GAS** or pay online at **www.washingtongas.com.**

**1100 H Street NW**
**Washington, D.C. 20080-0001**
202-624-6049 • 703-750-1000

ADDRESS SERVICE REQUESTED

☐ **Washington Area Fuel Fund**
Check box and include donation with payment. (If you have previously pledged a donation, do not check box.)

Donation Amount $ ______

☐ **Mailing Address or Name Change?**
Please check box and complete form on back.

| | |
|---|---|
| **Account No.** | 3141447338 |
| **Due Date** | 06/09/03 |
| **Amount Due** | **$ 69.00** |
| **Amount Paid** | $ |

**0000011558 **********AUTO** 5-DIGIT 22310**

MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315

**Washington Gas**
**PO Box 830036**
**Baltimore, MD 21283-0036**

☒

AUTOMATED PAYMENT PLAN

CERTIFICATE OF REGISTRATION
LANCASTER COUNTY
(717) 299-8293

STOLLENWERK, MICHAEL F.
77 ROCKFORD ROAD
MOUNTVILLE PA 17554

DISTRICT 2400

SERIAL NO. 1091766

PARTY REP

DATE 1/7/82

REGISTRAR

DUPLICATE: 10/17/01

SHERIFF'S OFFICE
LANCASTER COUNTY P.A.

# SHERIFF'S OFFICE

## LANCASTER COUNTY, PENNSYLVANIA

50 NORTH DUKE STREET, PO BOX 83480, LANCASTER, PA 17608-3480
TELEPHONE: 717-299-8200
FAX: 717-295-3656

TERRY A. BERGMAN, SHERIFF

July 11, 2003
Mr. Michael F. Stollenwerk
5573 Jowett Court
Alexandria, Va. 22315

DOB[redacted]
SOC: (not provided)

This is to inform you that your application for a license to carry a firearm has been rejected as not fulfilling the legal requirements of the Uniform Firearms Act, Chapter 61,Sub Chapter A Section 6109 of the Crimes Code of the Commonwealth of Pennsylvania.

To wit: On 07-07-03 you appeared at the Lancaster County Sheriff's Office to apply for a permit to carry a concealed weapon. At this time you made it clear that you were not going to supply our office with your social security number or disclose wether or not you had one. I, )Cpl. Troupe) advised you at that time that in order for our office to move forward with your criminal history background check we would need your Social security number. You were also advised that you certainly have the right to apply for a permit without your social security number but the process could not move forward without it.

Our office then contacted the Pennsylvania State Police Firearms Unit and they advised our office that we cannot initiate a background check without a Social security number.

According to Section 6109 (e)(3) of the Pa Crimes Code, you must provide your social security number. The particular portion of this section of the crimes code reads as follows:

The license shall bear the name, address, date of birth, race, sex, citizenship, **social security number**, height, weight, color of hair, color of eyes and signature of the licensee; the signature of the Sheriff issuing the licence; the reason for issuance; and the period of validation.

You have the right to appeal this decision but must do so within (30) days hereof

**PLEASE NOTE:** This check for $19.00 represents a refund for the unearned portion of your original $25.00 deposit. A $6.00 service charge has been deducted. This check must be cashed regardless of any future action that may or may not be taken concerning the rejection, appeal or granting of your application. Failure to cash this check promptly may result in your forfeiture to this amount.

Terry A. Bergman
Sheriff of Lancaster County

EXHIBIT "C"

SP 4 - 127 (2-98) #57502

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF LANCASTER

DO NOT DUPLICATE

# APPLICATION FOR A PENNSYLVANIA LICENSE TO CARRY FIREARMS

FOR USE BY ISSUING AUTHORITY ONLY

SIGNATURE: [signature] LICENSE NO.:

DATE APPLIED: 11/04/03 DATE APPROVED: / / DATE REJECTED: 12/1/03

REASON FOR REJECTION: Did not provide Soc. Sec. #

PHOTOGRAPH IF REQUIRED

APPLICANT INFORMATION - TYPE/PRINT IN BLUE OR BLACK INK

| 1. LAST NAME | 2. JR., ETC. | 3. FIRST NAME | 4. MIDDLE NAME | 5. DATE OF BIRTH | 6. AGE | 7. HEIGHT | 8. WEIGHT |
|---|---|---|---|---|---|---|---|
| Stollenwerk | | Michael | Foley | [redacted] | 40 | 6'1" | 190lb |

| 9. SEX | 10. RACE | 11. EYE COLOR | 12. HAIR COLOR | 13. DRIVER'S LICENSE NO./STATE (IF AVAILABLE) | 14. SOCIAL SECURITY NO. | 15. HOME TELEPHONE NO. |
|---|---|---|---|---|---|---|
| Male | Cauc | Brown | Red | 20032580/PA | Not Disclosed, If Any | (703) 924-3693 |

| 16. STREET ADDRESS | 17. CITY | 18. STATE | 19. ZIP CODE |
|---|---|---|---|
| 5573 Jowett Court | Alexandria | VA | 22315 |

| 20. EMPLOYER/BUSINESS NAME | 21. WORK TELEPHONE NO. | 22. OCCUPATION |
|---|---|---|
| US Army | (703) 806-5638 | Military Officer |

| 23. ADDRESS | 24. CITY | 25. STATE | 26. ZIP CODE |
|---|---|---|---|
| HQ, Center for Army Analysis | Fort Belvoir | VA | 22060 |

27. REASON FOR A LICENSE TO CARRY FIREARMS:

[X] SELF-DEFENSE [ ] EMPLOYMENT [ ] HUNTING & FISHING [ ] TARGET SHOOTING [ ] GUN COLLECTING

[ ] OTHER: ______

28. TWO REFERENCES - NOT IMMEDIATE FAMILY MEMBERS

| NAME | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Bob Beck | 1811 Deer Park Rd., Finksburg, MD 21048 | (410) 871-9298 |
| Bob Jones | 6707 Ordsall St., Alexandria VA 22315 | (703) 921-2594 |

29. HAVE YOU EVER BEEN CONVICTED OF A CRIME ENUMERATED IN SECTION 6105 (b), OR DO ANY OF THE CONDITIONS UNDER 6105 (c) APPLY TO YOU? (READ INFORMATION ON BACK PRIOR TO ANSWERING) [ ] YES [X] NO

30. ARE YOU NOW CHARGED WITH, OR HAVE YOU EVER BEEN CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? (THIS DOES NOT INCLUDE FEDERAL OR STATE OFFENSES PERTAINING TO ANTITRUST, UNFAIR TRADE PRACTICES, RESTRAINTS OF TRADE, OR REGULATION OF BUSINESS; OR STATE OFFENSES CLASSIFIED AS MISDEMEANORS AND PUNISHABLE BY A TERM OF IMPRISONMENT NOT TO EXCEED TWO YEARS.) (READ BLOCK 30 INFORMATION ON BACK PRIOR TO ANSWERING) [ ] YES [X] NO

31. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE UNDER THE ACT OF APRIL 14 1972 (P.L. 233, NO. 64), KNOWN AS THE CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT? [ ] YES [X] NO

32. ARE YOU AN INDIVIDUAL WHO, WITHIN THE PAST TEN YEARS, HAS BEEN ADJUDICATED A DELINQUENT FOR A CRIME ENUMERATED IN SECTION 6105 (REFER TO INFORMATION ON BACK), OR FOR AN OFFENSE UNDER THE CONTROLLED SUBSTANCE, DRUG DEVICE, AND COSMETIC ACT? [ ] YES [X] NO

33. ARE YOU AN INDIVIDUAL WHO IS NOT OF SOUND MIND OR WHO HAS EVER BEEN COMMITTED TO A MENTAL INSTITUTION? [ ] YES [X] NO

34. DO YOU POSSESS A CURRENT LICENSE, PERMIT OR SIMILAR DOCUMENT TO CARRY A FIREARM FROM A STATE OTHER THAN PENNSYLVANIA? (IF YES, ATTACH PHOTOCOPY TO APPLICATION) [X] YES [ ] NO

35. ARE YOU A UNITED STATES CITIZEN? IF NO ENTER IMMIGRATION IDENTIFICATION NUMBER: ______ [X] YES [ ] NO

36. ARE YOU AN INDIVIDUAL WHO HAS BEEN DISCHARGED FROM THE ARMED FORCES OF THE UNITED STATES UNDER DISHONORABLE CONDITIONS? [ ] YES [X] NO

37. IS YOUR CHARACTER AND REPUTATION SUCH THAT YOU WOULD BE LIKELY TO ACT IN A MANNER DANGEROUS TO PUBLIC SAFETY? [ ] YES [X] NO

38. ARE YOU A HABITUAL DRUNKARD? [ ] YES [X] NO

39. I HAVE NEVER BEEN CONVICTED OF A CRIME OF VIOLENCE IN THE COMMONWEALTH OF PENNSYLVANIA OR ELSEWHERE. I AM OF SOUND MIND AND HAVE NEVER BEEN COMMITTED TO A MENTAL INSTITUTION. I HEREBY CERTIFY THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT, IF I KNOWINGLY MAKE ANY FALSE STATEMENTS HEREIN, I AM SUBJECT TO PENALTIES PRESCRIBED BY LAW. I AUTHORIZE THE SHERIFF, OR HIS DESIGNEE OR, IN THE CASE OF FIRST CLASS CITIES THE CHIEF OR HEAD OF THE POLICE DEPARTMENT, OR HIS DESIGNEE, TO INSPECT ONLY THOSE RECORDS OR DOCUMENTS RELEVANT TO INFORMATION REQUIRED FOR THIS APPLICATION. THIS CERTIFICATION IS MADE SUBJECT TO BOTH THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 Pa.C.S. 4904) RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES AND THE UNIFORM FIREARMS ACT.

SIGNATURE OF APPLICANT: [signature] DATE OF APPLICATION: 4 NOV 2003

EXHIBIT "D"

LANCASTER COUNTY SHERIFF'S OFFICE

**READ CAREFULLY!!** INSTRUCTIONS FOR FIREARMS PERMIT APPLICANTS

1. Applicant must be at least 21 years of age, and reside in Lancaster County. Proof of age and residency must be furnished when application is submitted. A post office box number will not be accepted as a legal residence.

2. Complete the Lancaster County application form. Form must be filled out legibly and completely by typing or printing in black or blue-black ink or it may not be accepted. You must bring this application and any attached documents to the Sheriff's Office personally. A payment of $25.00 CASH (or money order made payable to the Sheriff of Lancaster County) is required when submitting your application. Following an investigation, you will be notified, by mail, as to whether your application has been approved or rejected. If rejected, a service fee of $6.00 will be withheld, and you will receive a refund of $19.00. NOTICE: The furnishing of false information or offering false evidence of identity is a violation of Section 4904 (relating to unsworn falsification to authorities).

3. Print legibly or type your current police agency: Fairfax County, VA Police Dept.

4. Have you lived at your current address for the last 5 years? ____ YES X NO
If No, see page #3 and list the identity and addresses of the law-enforcement agencies in which you legally resided in the last 5 years.

5. Do you have any experience in the safe handling of firearms? X YES ____ NO

6. Have you previously applied for a firearms license? X YES ____ NO
If yes, were you ____ ACCEPTED X REJECTED? MONTH & YEAR: July 2003
If REJECTED, when, where, why Lancaster County - unlawful denial of my right to apply w/out my SSN per 5 USC 552a note.
Is this a X new application or __ renewal of a present permit (Expires ____)

7. Have you ever had a permit REVOKED? ____ YES X NO
If yes, when, where, why? ____

8. YOUR PLACE OF BIRTH Chapel Hill (CITY) NC (STATE) USA (NATION)

9. Pennsylvania legal resident 37 yrs., Lancaster County resident 37 yrs.

10. Return this sheet to the Sheriff's Office with your completed application.

[signature]
TERRY A. BERGMAN
SHERIFF OF LANCASTER COUNTY

I hereby authorize the Sheriff of Lancaster County or his representative to conduct any investigation deemed necessary and to examine any pertinent documents for the purpose of establishing that my character and reputation are such that I would not act in a manner dangerous to public safety should I be granted a license to carry a concealed firearm.

[signature]
SIGN YOUR NAME HERE

Michael F. Stollenwerk
PRINT YOUR NAME HERE

REV 12-00

# IDENTIFICATION AND RESIDENCY REQUIREMENTS FOR ALL PERMIT APPLICANTS

---

ALL PERMIT APPLICANTS ARE NOW REQUIRED TO **PROVIDE PRIMARY AND SECONDARY IDENTIFICATION** WHEN SUBMITTING AN APPLICATION TO THIS OFFICE.

**PRIMARY IDENTIFICATION** SHALL CONSIST OF ONE OF THE FOLLOWING:

1) **A VALID PHOTO DRIVER'S LICENSE,** (ISSUED BY PA DEPT. OF MOTOR VEHICLES) **OR**

2) **A PHOTO IDENTIFICATION CARD,** (ISSUED BY PA DEPT. OF MOTOR VEHICLES)

***PRIMARY IDENTIFICATION MUST CONTAIN THE APPLICANTS NAME, CURRENT ADDRESS, DATE OF BIRTH, RACE, SEX AND SIGNATURE.**

**SECONDARY IDENTIFICATION** SHALL CONSIST OF ONE OF THE FOLLOWING:

1) MORTGAGE PAYMENT RECEIPT

2) RESIDENTIAL LEASE AGREEMENT

3) UTILITY BILL

4) VEHICLE REGISTRATION CARD

5) VEHICLE INSURANCE CARD

6) HOME OWNERS INSURANCE POLICY

7) BANK STATEMENT

8) VALID LANCASTER CO. CONCEALED WEAPONS PERMIT

9) CREDIT CARD ACCOUNT STATEMENT

10) TAX BILLINGS

* ALL SECONDARY IDENTIFICATION MUST BE CURRENT AND CONTAIN THE APPLICANTS NAME AND CURRENT ADDRESS.

| COMPLETE PRIOR ADDRESS | PRIOR POLICE DEPARTMENT (INCLUDING ADDRESS) |
|---|---|
| 4143 Via Marina #519<br>Marina del Rey, CA 90292 | Los Angeles County Sheriff<br>Los Angeles, CA |
| 2706 Windmill Drive<br>Killeen, TX 76549 | Killeen City Police Dept.<br>Killeen, TX |
| 155 5th Artillery Drive<br>Fort Leavenworth, KS | Provost Marshall<br>Fort Leavenworth, KS |



May 18, 2003
Account Number: 001 0101 033454803

MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540-C058

| Previous Balance | Payments Received | Adjustments | Current Charges | Total Due | Due By |
|---|---|---|---|---|---|
| $157.70 | $-157.70 | $0.00 | $83.85 | $83.85 | Jun 6, 2003 |

***** AUTOMATIC PAYMENT PLAN - DO NOT SEND PAYMENT *****

**Current Charges as of May 18, 2003**

| | |
|---|---|
| Total Cable Services | 40.56 |
| Total Internet Services | 39.95 |
| Total Fees | 3.34 |
| Total Current Charges | $83.85 |

**Questions?**
CUSTOMER SERV: 703-378-8422
COX HSINTERNET: 703-378-8422
On-Line: www.cox.com/fairfax www.cox.com/fredericksburg

## About Your Account

Thank you for being a Cox Communications Customer. Visit our website at www.cox.com/fairfax for information about all the services Cox offers. You may also contact us via email from our website. Please do not write questions on your remittance statement as our bill service is automated.

## What's New From Cox

Great news for HDTV owners! Effective May 15, ESPN HD will be available with HDTV service on Cox Digital Cable for only $5.99 per month. It's a resolution revolution for sports enthusiasts! Now you can see the games with crystal clear clarity and beginning May 15, Discovery HD will be available at a new reduced price of just $5.99 per month. To enjoy the incredible picture and sound of high definition television you'll need an HDTV compatible TV set. Visit www.cox.com/fairfax for info.

*Continued on reverse....*

P O BOX 2000
HERNDON, VA 20171-0200

**Account Number:**
001 0101 033454803
**Total Due:** $83.85

***** AUTOMATIC PAYMENT PLAN - DO NOT SEND PAYMENT *****

**Payment of this bill confirms your subscription to services and possession of equipment as listed.**

6400 0240 XW RP 22 0014197 05192003 YYNNNNN

0010100147703345480397000083 85

#BWNJNZJ
#477PCCDEDHPC0017#

MIKE STOLLENWERK
5573 JOWETT CT
ALEXANDRIA VA 22315-5540-C058

COX COMMUNICATIONS
P O BOX 37233
BALTIMORE, MD 21297-3233



*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

Michael F. Stollenwerk

**SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE**

**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT

UNITED STATES OF AMERICA

Type/Catégorie: P
Code of Issuing State / code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: 101421962

Surname / Nom: STOLLENWERK
Given names / Prénoms: MICHAEL FOLEY
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted]
Sex / Sexe: M
Place of birth / Lieu de naissance: NORTH CAROLINA, U.S.A.
Date of issue / Date de délivrance: 08 DEC/DEC 93
Date of expiration / Date d'expiration: 07 DEC/DEC 03
Authority / Autorité: PASSPORT AGENCY BOSTON
Amendments/Modifications SEE PAGE 24

P<USASTOLLENWERK<<MICHAEL<FOLEY<<<<<<<<<<<<<

1014219626USA6303275M0312071<<<<<<<<<<<<<<2

CERTIFICATE OF REGISTRATION
LANCASTER COUNTY
(717) 299-8293

STOLLENWERK, MICHAEL F.
77 ROCKFORD ROAD
MOUNTVILLE PA 17554

DISTRICT 2400
SERIAL



# SHERIFF'S OFFICE

LANCASTER COUNTY, PENNSYLVANIA

50 NORTH DUKE STREET, PO BOX 83480, LANCASTER, PA. 17608-3480
TELEPHONE: 717-299-8200
FAX: 717-295-3656

TERRY A. BERGMAN, SHERIFF

December 1, 2003
Mr. Michael F. Stollenwerk
5573 Jowett Court
Alexandria, Va. 22315
DOB:[redacted]
SOC: (not provided)

This is to inform you that your application for a license to carry a firearm has been rejected as not fulfilling the legal requirements of the Uniform Firearms Act, Chapter 61,Sub Chapter A Section 6109 of the Crimes Code of the Commonwealth of Pennsylvania.

To wit: On 11-04-03 you appeared at the Lancaster County Sheriff's Office to apply for a permit to carry a concealed weapon. At this time you made it clear that you were once again applying for a Concealed Weapons Permit without providing your social security number. You were advised that nothing has changed concerning the application process which requires you to provide your social security number at the time you submit your application. Regardless, you were told that you have the right to apply.

Our office then contacted the Pennsylvania State Police Firearms Unit and they advised our office that we cannot initiate a background check without a Social security number.

According to Section 6109 (e)(3) of the Pa Crimes Code, you must provide your social security number. The particular portion of this section of the crimes code reads as follows:

The license shall bear the name, address, date of birth, race, sex, citizenship, **social security number**, height, weight, color of hair, color of eyes and signature of the licensee; the signature of the Sheriff issuing the licence; the reason for issuance; and the period of validation.

Enclosed with this letter of rejection you will find the prior letter of rejection dated 07-11-03 and also a letter from the Pennsylvania State Police.

You have the right to appeal this decision but must do so within (30) days hereof

**PLEASE NOTE:** This check for $19.00 represents a refund for the unearned portion of your original $25.00 deposit. A $6.00 service charge has been deducted. This check must be cashed regardless of any future action that may or may not be taken concerning the rejection, appeal or granting of your application. Failure to cash this check promptly may result in your forfeiture to this amount.

[signature]

Terry A. Bergman
Sheriff of Lancaster County

EXHIBIT "E"



**PENNSYLVANIA STATE POLICE**
**DEPARTMENT HEADQUARTERS**
**1800 ELMERTON AVENUE**
**HARRISBURG, PA 17110**

July 10, 2003

Mr. Michael Stollenwerk
5573 Jowett Court
Alexandria, Virginia 22315

Dear Mr. Stollenwerk:

This letter is in response to your recent correspondence directed to Lieutenant Joseph Elias, expressing concerns regarding the requirement for a social security number to be provided at the time of a purchase of a firearm, and upon application for a license to carry firearms.

In Pennsylvania, we are required to comply with state and federal firearm laws. Although federal law does not require the social security number for the transfer of a firearm, for either a handgun or long gun transfer, state law is very specific and does require the social security number. This requirement is found in the Pennsylvania Uniform Firearms Act, 18 Pa. C.S. Chapter 61. The social security number is necessary in order to conduct a background check through the Pennsylvania Instant Check System (PICS), to determine an individual's eligibility to acquire and possess firearms, or to obtain a license to carry firearms.

Notification to the public regarding the requirement and use of the social security number for the firearm application process in the PICS program is provided in the Pennsylvania Uniform Firearms Act and through publication in the *Pennsylvania Bulletin*.

The social security number assists the firearm background check process in determining identification of the subject of the inquiry and minimizes the time it takes to conduct the check. Without detailed numeric and physical description information, a background check may take significantly longer. If definite identification cannot be ascertained, a firearm transfer or license applicant transaction will not be authorized.

EXHIBIT "F"

I trust this information will be helpful in clarifying the Pennsylvania requirement for the social security number within the firearm background check process. If you have further questions or require additional information, please contact Corporal R.L. Reidenbaugh, Supervisor, Firearms Administrative Section, at telephone 717-772-1896.

Sincerely,

Major John K Thierwechter
Director, Bureau of
Records and Identification



APPENDIX G

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STOLLENWERK<br>v.<br>JEFFREY B. MILLER, in his official capacity as the Commissioner for the Pennsylvania State Police; MAJOR JOHN K. THIERWECHTER, in his official and individual capacities; LANCASTER COUNTY SHERIFF"S OFFICE; and TERRY A. BERGMAN in his official and individual capacities | CIVIL ACTION NO.<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Major John K. Thierwechter |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

J. Dwight Yoder
Gibbel, Kraybill & Hess
41 East Orange Street
Lancaster, PA 17602

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: |

(By) Deputy Clerk

**APPENDIX G**

**SUMMONS IN A CIVIL ACTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STOLLENWERK<br>v.<br>JEFFREY B. MILLER, in his official capacity as the Commissioner for the Pennsylvania State Police; MAJOR JOHN K. THIERWECHTER, in his official and individual capacities; LANCASTER COUNTY SHERIFF'S OFFICE; and TERRY A. BERGMAN in his official and individual capacities | CIVIL ACTION NO.<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Lancaster County Sheriff's Office |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

J. Dwight Yoder
Gibbel, Kraybill & Hess
41 East Orange Street
Lancaster, PA 17602

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: |

(By) Deputy Clerk

**APPENDIX G**

**SUMMONS IN A CIVIL ACTION**

<table>
<tr><td colspan="2">UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td rowspan="2">MICHAEL STOLLENWERK<br>v.<br>JEFFREY B. MILLER, in his official capacity as the Commissioner for the Pennsylvania State Police; MAJOR JOHN K. THIERWECHTER, in his official and individual capacities; LANCASTER COUNTY SHERIFF'S OFFICE; and TERRY A. BERGMAN in his official and individual capacities</td><td>CIVIL ACTION NO.<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Terry A. Bergman</td></tr>
<tr><td></td></tr>
<tr><td colspan="2">YOU ARE HEREBY SUMMONED and required to serve upon</td></tr>
<tr><td colspan="2">Plaintiff's Attorney (Name and Address)<br>J. Dwight Yoder<br>Gibbel, Kraybill & Hess<br>41 East Orange Street<br>Lancaster, PA 17602</td></tr>
<tr><td colspan="2">an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.</td></tr>
<tr><td>Michael E. Kunz, Clerk of Court</td><td>Date:</td></tr>
<tr><td colspan="2">(By) Deputy Clerk</td></tr>
</table>

**APPENDIX G**

**SUMMONS IN A CIVIL ACTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STOLLENWERK<br>v.<br>JEFFREY B. MILLER, in his official capacity as the Commissioner for the Pennsylvania State Police; MAJOR JOHN K. THIERWECHTER, in his official and individual capacities; LANCASTER COUNTY SHERIFF"S OFFICE; and TERRY A. BERGMAN in his official and individual capacities | CIVIL ACTION NO.<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br>Jeffrey B. Miller |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

J. Dwight Yoder
Gibbel, Kraybill & Hess
41 East Orange Street
Lancaster, PA 17602

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: |

(By) Deputy Clerk

**UNITED STATES DISTRICT COURT** **APPENDIX A**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: Michael Stollenwerk - 5573 Jowett Court, Alexandria, VA 22315

Address of Defendant: Miller & Thierwechter - 1800 Elmerton Avenue, Harrisburg, PA 17110
Lanc. Co. Sheriff, & Bergman - 50 North Duke Street, P.O. Box 83480, 17608-348

Place of Accident Incident or Transaction: Lancaster County, Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities? Yes ☐ No ☒

*RELATED CASE, IF ANY:*

Case Number: ______ Judge ______ Date Terminated: ______

Civil cases are deemed related when yes is answered to any of the following questions:

1 Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐ No ☐

2 Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐ No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes ☐ No ☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A *Federal Question Cases:*

1. ☐ Indemnity Contract Marine Contract and All Other Contracts
2 ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7 ☒ Civil Rights
8. ☐ Habeas Corpus
9 ☐ Securities Act(s) Cases
10 ☐ Social Security Review Cases
11 ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3 ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5 ☐ Motor Vehicle Personal Injury
6 ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION

*(Check appropriate Category)*

I, J. Dwight Yoder, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2) that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 11/24/04 [signature] Attorney-at-Law 81985 Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE: 11/24/04 [signature] Attorney-at-Law 81985 Attorney I.D #

J. Dwight Yoder

CIV. 609 (9/99)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

**APPENDIX B**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Michael Stollenwerk

(b) County of Residence of First Listed Plaintiff: Lancaster
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
J. Dwight Yoder
Gibbel, Kraybill & Hess
41 East Orange Street
Lancaster, PA 17602
717-291-1700

**DEFENDANTS**
Jeffrey B. Miller, Major John K. Theirwechter, Lancaster County Sheriff's Office, and Terry A. Bergman

County of Residence of First Listed: Dauphin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff claims violations of his privacy rights under the United States and Pennsylvania Constitutions

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 — DEMAND $ — CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: 11/24/04 — SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APPENDIX C

## CASE MANAGEMENT TRACK DESIGNATION FORM

MICHAEL STOLLENWERK : CIVIL ACTION

v.

JEFFREY B. MILLER, MAJOR JOHN K. THEIRWECHTER, LANCASTER COUNTY SHERIFF'S OFFICE, and TERRY A. BERGMAN : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks. (X)

11/29/04
Date

Attorney-at-law
J. Dwight Yoder, Sup. Ct. Atty. #81985

Plaintiff
Attorney for

(Civ 660) 7/95

**APPENDIX D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**CONSENT TO RECEIVE NOTICE OF ORDERS AND JUDGMENTS IN CIVIL AND CRIMINAL CASES BY MEANS OF FACSIMILE TRANSMISSION AND WAIVER OF PROVISIONS OF FED.R.CIV.P. 77(d) OR FED.R. CRIM.P. 49(c) PROVIDING FOR SAID NOTICE BY MEANS OF MAIL**

**TO THE CLERK OF COURT:**

I hereby waive the provisions of Fed.R.Civ.P. 77(d) or Fed.R.Crim.P. 49(c) providing for notice of the entry of Orders or Judgments by mail in the manner provided by Fed.R.Civ.P. 5 or Fed.R.Crim.P. 49(c), and consent that notice may be given to me, in all pending and future civil or criminal cases in which I enter my appearance, by the Clerk of Court by facsimile in lieu of notice by means of mail. I understand that this form, when executed, will serve as Notice to and Authorization for the Clerk of Court to keep this information on file for all pending and future civil or criminal cases in which I enter my appearance.

I hereby confirm, by execution of this form, that I understand that it is my responsibility to notify the Clerk of Court, in writing, of my current address and facsimile number

| | |
|---|---|
| J. Dwight Yoder<br>Name (Printed) | 81985<br>Bar Id Number |
| 41 East Orange Street<br>Address (Printed) | 717-291-1700<br>Telephone Number |
| Lancaster, PA 17602<br>Address (Printed) | 717-291-5547<br>FAX Number |
| [signature]<br>Signature | 11/24/04<br>Date |

APPENDIX E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**INFORMATION FORM**

Name: J. Dwight Yoder Bar Id No.: 81985

Firm: Gibbel, Kraybill & Hess

Address: 41 East Orange Street, Lancaster, PA 17602

City: Lancaster State: PA **Zip Code*:** 17602 - 2846

Facsimile No: 717-291-5547

Please return completed form to:

Michael E. Kunz
Clerk of Court
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

- or -

FAX to:

(215) 597-6390
(267) 299-7135
(610) 434-6174

*** Please include zip code and 4-digit extension number**

☐ Indicate here if you would like to receive information on the Pilot Fax Notice Program

☐ Indicate here if you would like to receive a Directory of Automated Services