IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL STOLLENWERK, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JEFFREY B. MILLER, et al., | : | |
| Defendants | : | No. 04-5510 |

**FILED**

FEB 0 8 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

And now, this 8th day of February, 2007, upon consideration of the parties' Joint Motion to Modify May 3, 2006 Order, it is hereby ORDERED that said motion is GRANTED. It is further ORDERED that:

1. The court's May 3, 2006 order (Document No. 57) is MODIFIED IN PART (to delete the words following "effect" and replace them as specified in ¶ 2 below); and

2. In lieu of the first paragraph of the May 3, 2006 order as originally issued, the court hereby ORDERS:

> And now this 3rd day of May, 2006, Defendants' Motion to Alter Judgment (Document 44) is DENIED on grounds a training manual and a model arrest report, no longer in use, are not "a system of records in existence and operating before January 1, 1975." Privacy Act of 1974, Pub. L. No. 93-579, § 7, 88 Stat. 1896, 1909 (1974), *reprinted in* 5 U.S.C. § 552a note (2003). This Court's Order of February 27, 2006 remains in effect. It is further DECLARED that, under Section 7(b) of the Privacy Act, "Any Federal, State, or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it." It is also hereby DECLARED that the required

warnings of Section 7(b) are applicable to Pennsylvania's Uniform Firearms Act, *i.e.*, that the requirement of a Section 7(b) warning applies to requests for disclosure of an individual's social security number in an application to purchase a firearm and in an application for a license to carry a firearm.

BY THE COURT:

Juan R. Sanchez, J.