**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 06-3285

Stollenwerk

vs.

Miller, et al.

Jeffrey Miller, Appellant

(Eastern District of Pennsylvania Civil No. 04-cv-05510)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk
United States Court of Appeals
for the Third Circuit

Date: February 26, 2007

cc:
Claudia M. Tesoro, Esq.
J. Dwight Yoder, Esq.

A true copy:

Clerk